**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Alexandria Hospitality Partners, L.L.C.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2610011** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2211 N. MacARthur Drive, Suite 100**<br>**Alexandria, LA 71303**<br>Number, Street, City, State & ZIP Code | **P.O. Box 7236**<br>**Alexandria, LA 71306**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Rapides**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 23, 2021**
              MM / DD / YYYY

**X** **/s/ Martin W. Johnson**                              **Martin W. Johnson**
     Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Thomas R. Willson**                     Date **June 23, 2021**
     Signature of attorney for debtor                    MM / DD / YYYY

**Thomas R. Willson 13546**
Printed name

**Thomas R. Willson**
Firm name

**1330 Jackson Street**
**Alexandria, LA 71301**
Number, Street, City, State & ZIP Code

Contact phone  **318-442-8658**        Email address  **rocky@rockywillsonlaw.com**

**13546 LA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Alexandria Hospitality Partners, L.L.C.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 23, 2021**     X **/s/ Martin W. Johnson**
                                       Signature of individual signing on behalf of debtor

                                       **Martin W. Johnson**
                                       Printed name

                                       **Managing Member**
                                       Position or relationship to debtor

| Debtor name | **Alexandria Hospitality Partners, L.L.C.** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ascentium Capital**<br>**23970 Hwy 59 North**<br>**Kingwood, TX 77339** | | **FF & E** | | **$83,500.00** | **Unknown** | **Unknown** |
| **Brian Johnson**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | | | | | | **$25,000.00** |
| **Byline Bank**<br>**180 North LaSalle**<br>**Suite 400**<br>**Chicago, IL 60601** | | **property located at 2211 N. MacSrthur Dr. Alexandrtia, La.** | | **$3,800,000.00** | **Unknown** | **Unknown** |
| **City of Alexandria**<br>**P.O. Box 8618**<br>**Alexandria, LA 71301** | | | | | | **$0.00** |
| **Clifford Hodrick**<br>**16530 Morgan Run**<br>**Missouri City, TX 77489** | | | **Contingent Disputed** | | | **$4,000.00** |
| **CVJ, Inc.**<br>**PO Box 8322**<br>**Alexandria, LA 71306** | | | | | | **$125,000.00** |
| **Jimmie Johnson**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | | | | | | **$175,000.00** |
| **Joyce W. Rax**<br>**549 F Versailles Blvd**<br>**Alexandria, LA 71302** | | | | | | **$175,000.00** |
| **N/P Owners**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | | | | | | **$220,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **W.J. Belton Company PO Box 66653 Baton Rouge, LA 70896-6653** | | | | **$5,658,649.00** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name  **Alexandria Hospitality Partners, L.L.C.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property       **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ **Yes.** Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ascentium Capital** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**FF & E** | **$83,500.00**  Column A / **Unknown** Column B |

**23970 Hwy 59 North**
**Kingwood, TX 77339**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Byline Bank** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**property located at 2211 N. MacSrthur Dr. Alexandrtia, La.** | **$3,800,000.00** / **Unknown** |

**180 North LaSalle**
**Suite 400**
**Chicago, IL 60601**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Alexandria Hospitality Partners, L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **W.J. Belton Company** | Describe debtor's property that is subject to a lien | $5,658,649.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**PO Box 66653
Baton Rouge, LA
70896-6653**

Creditor's mailing address

**Describe the lien**

**labor/material lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
6/21/2021**

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$9,542,149.00**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name **Alexandria Hospitality Partners, L.L.C.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**City of Alexandria**
**P.O. Box 8618**
**Alexandria, LA 71301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Mark Wood, Sheriff**
**701 Murray St., Suite 301**
**Alexandria, LA 71301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|------------|
| | **Brian Johnson**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-----------|
| | **Clifford Hodrick**<br>**16530 Morgan Run**<br>**Missouri City, TX 77489** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **CVJ, Inc.**<br>**PO Box 8322**<br>**Alexandria, LA 71306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,000.00 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **Jimmie Johnson**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175,000.00 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **Joyce W. Rax**<br>**549 F Versailles Blvd**<br>**Alexandria, LA 71302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,000.00 |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **N/P Owners**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|----------------------------------------------------------------------------|------------------------------------------|
| | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|--|------------------------|

Debtor    **Alexandria Hospitality Partners, L.L.C.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $           **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $     **724,000.00** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $     **724,000.00** |

Debtor name **Alexandria Hospitality Partners, L.L.C.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*            *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name **Alexandria Hospitality Partners, L.L.C.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dexter & Cleais Hadnot** | **6302 Weyhill Ct Fulshear, TX 77441** | **Byline Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Dexter & Cleais Hadnot** | **5302 Weyhill Ct Fulshear, TX 77441** | **Ascentium Capital** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Gary & Elaine Jones** | **3214 Carol Street Alexandria, LA 71301** | **Byline Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Gary & Elaine Jones** | **3214 Carol Street Alexandria, LA 71301** | **Ascentium Capital** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Jimmie Johnson** | **PO Box 7236 Alexandria, LA 71306** | **Byline Bank** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.6 | **Jimmie Johnson** | PO Box 7236<br>Alexandria, LA 71306 | **Ascentium Capital** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Joshua Dara Sr** | 1521 Masters Drive<br>Pineville, LA 71360 | **Ascentium Capital** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Joyce Rax** | 549 F Versailles Blvd<br>Alexandria, LA 71302 | **Ascentium Capital** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Joyce W. Rax** | 549 F Versailles Blvd<br>Alexandria, LA 71302 | **Byline Bank** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Kelvin & Felicia Coney** | PO Box 7236<br>Alexandria, LA 71306 | **Byline Bank** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Kelvin & Felicia Coney** | PO Box 7236<br>Alexandria, LA 71306 | **Ascentium Capital** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Lloyd Ward, Sr.** | 100 River Drive<br>Suite 2602<br>Detroit, MI 48226 | **Ascentium Capital** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **Martin & Karen Johnson** | 6425 Taylor Oaks<br>Alexandria, LA 71301 | **Byline Bank** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Alexandria Hospitality Partners, L.L.C. | Case number *(if known)* | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Martin & Karen Johnson**    PO Box 7236 <br> Alexandria, LA 71306 | **Ascentium Capital** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Alexandria Hospitality Partners, L.L.C.**          Case No. _____

                                  Debtor(s)         Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Johnson**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | | **1.5%** | |
| **Dexter & Cleais Hadnot**<br>**5302 Weyhill Ct**<br>**Fulshear, TX 77441** | | **12%** | |
| **Estate of Courtney Ware**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | | **2%** | |
| **Gary & Elaine Jones**<br>**3214 Carol Street**<br>**Alexandria, LA 71301** | | **10%** | |
| **Jimmie Johnson**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | | **5%** | |
| **Joshua Dara, Sr.**<br>**1521 Mastrs Drive**<br>**Pineville, LA 71360** | | **10%** | |
| **Joyce W. Rax**<br>**549 F Versailles Blvd**<br>**Alexandria, LA 71302** | | **23%** | |
| **Kelvin & Felicia Coney**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | | **5%** | |
| **Kelvin Spears**<br>**PO Box 7236**<br>**NJ 07130-6000** | | **1.5%** | |
| **Lloyd Ward, Sr.**<br>**100 River Drive**<br>**Suite 2602**<br>**Detroit, MI 48226** | | **10%** | |
| **Martin & Karen Johnson**<br>**PO Box 7236**<br>**Alexandria, LA 71306** | | **20%** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: **Alexandria Hospitality Partners, L.L.C.**         Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

       I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **June 23, 2021**_____        Signature  **/s/ Martin W. Johnson**_____
                                                       **Martin W. Johnson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Ascentium Capital
23970 Hwy 59 North
Kingwood, TX 77339


Brian Johnson
PO Box 7236
Alexandria, LA 71306


Byline Bank
180 North LaSalle
Suite 400
Chicago, IL 60601


City of Alexandria
P.O. Box 8618
Alexandria, LA 71301


Clifford Hodrick
16530 Morgan Run
Missouri City, TX 77489


CVJ, Inc.
PO Box 8322
Alexandria, LA 71306


Dexter & Cleais Hadnot
6302 Weyhill Ct
Fulshear, TX 77441


Dexter & Cleais Hadnot
5302 Weyhill Ct
Fulshear, TX 77441


Gary & Elaine Jones
3214 Carol Street
Alexandria, LA 71301

```
Jimmie Johnson
PO Box 7236
Alexandria, LA 71306


Joshua Dara Sr
1521 Masters Drive
Pineville, LA 71360


Joyce Rax
549 F Versailles Blvd
Alexandria, LA 71302


Joyce W. Rax
549 F Versailles Blvd
Alexandria, LA 71302


Kelvin & Felicia Coney
PO Box 7236
Alexandria, LA 71306


Lloyd Ward, Sr.
100 River Drive
Suite 2602
Detroit, MI 48226


Mark Wood, Sheriff
701 Murray St., Suite 301
Alexandria, LA 71301


Martin & Karen Johnson
6425 Taylor Oaks
Alexandria, LA 71301


Martin & Karen Johnson
PO Box 7236
Alexandria, LA 71306
```

N/P Owners
PO Box 7236
Alexandria, LA 71306


W.J. Belton Company
PO Box 66653
Baton Rouge, LA 70896-6653

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Alexandria Hospitality Partners, L.L.C.**        Case No.

                                    Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 23, 2021**                        **/s/ Martin W. Johnson**

                                                     **Martin W. Johnson**/**Managing Member**

                                                         Signer/Title

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Alexandria Hospitality Partners, L.L.C.** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Alexandria Hospitality Partners, L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dexter & Cleais Hadnot**
**5302 Weyhill Ct**
**Fulshear, TX 77441**
_____

**Gary & Elaine Jones**
**3214 Carol Street**
**Alexandria, LA 71301**
_____

**Joshua Dara, Sr.**
**1521 Mastrs Drive**
**Pineville, LA 71360**
_____

**Joyce W. Rax**
**549 F Versailles Blvd**
**Alexandria, LA 71302**
_____

**Lloyd Ward, Sr.**
**100 River Drive**
**Suite 2602**
**Detroit, MI 48226**
_____

**Martin & Karen Johnson**
**PO Box 7236**
**Alexandria, LA 71306**
_____

☐ None [*Check if applicable*]

**June 23, 2021**
_____
Date

**/s/ Thomas R. Willson**
_____
**Thomas R. Willson 13546**
Signature of Attorney or Litigant
Counsel for   **Alexandria Hospitality Partners, L.L.C.**
**Thomas R. Willson**
**1330 Jackson Street**
**Alexandria, LA 71301**
**318-442-8658 Fax:318-442-9637**
**rocky@rockywillsonlaw.com**