UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:   ALEXANDRIA HOSPITALITY PARTNERS, L.L.C.     CASE NO. 21-80242

---

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF ALEXANDRIA HOSPITALITY PARTNERS, L.L.C. HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

---

This is the report as of the date executed and below stated on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3, the estate of Alexandria Hospitality Partners, L.L.C. holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab# |
|---|---|---|
| None | none | n/a |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

The undersigned, a representative of the debtor-in-possession, having reviewed the above listing of entities in which the estate of Alexandria Hospitality Partners, L.L.C. holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under penalty of perjury that the listing is complete, accurate, and truthful to the best of his knowledge.

    /S/ MARTIN W. JOHNSON
Signature of Authorized Individual


  MARTIN W. JOHNSON
Name of Authorized Individual

  MANAGING MEMBER
Title of Authorized Individual

# EXHIBIT A

## Valuation Estimate for _____

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

# EXHIBIT B

## Financial Statements for _____

# EXHIBIT B-1

## Balance Sheet for _____

[Provide a balance sheet dated as of the end of the most recent period of the current fiscal year and as of the preceding fiscal year. Indicate the source of this information.]

# EXHIBIT B-2

## Statement of Income (Loss) for _____
### Period ending _____

[Provide a statement of income (loss) for the following periods:
- (i.) For the initial report:
  - a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
  - b. the prior fiscal year.
- (ii.) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.

# EXHIBIT B-3

## Statement of Cash Flows for _____
### Period ending _____

[Provide a statement of changes in cash flows for the following periods:
- (ii.) For the initial report:
  - a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
  - b. the prior fiscal year.
- (ii.) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.

# EXHIBIT B-4

**Statement of Changes in Shareholders' / Partners' Equity (Deficit) for** _____
Period ending _____

[Provide a statement of changes in shareholders' / partners' equity (deficit) for the following periods:

    (iii.)    For the initial report:
           a.  the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
           b.  the prior fiscal year.
    (ii.)    For subsequent reports, since the closing date of the last report.

Indicate the source of this information.

# EXHIBIT C

**Description of Operations for** _____

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

Official Form B26